UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                              ) CASE NO. MJ 18-473
    Plaintiff, ) (CDCA CR17-161-R)
                                              )
    v. )
                                              ) DETENTION ORDER
SERGIO PESQUIERA, )
    Defendant. )
                                              )

<u>Offense charged</u>: Failure to Surrender to Commence Service of Federal Sentence

<u>Date of Detention Hearing</u>: October 19, 2018.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant comes before this Court pursuant to an arrest warrant issued by the Central District of California, alleging that defendant failed to surrender to commence service

DETENTION ORDER
PAGE -1

of a federal sentence, having pled guilty to the offense of Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and Possession of a Firearm in Furtherance of a Drug Trafficking Crime. Defendant has waived a hearing under Rule 5 and an Order of Transfer has been signed. Defendant does not contest entry of an order of detention.

2. Defendant poses a risk of nonappearance based on failures to appear and probation and parole violations. Defendant poses a risk of danger based on criminal history and alleged possession of firearms.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this <u>19th</u> day of October, 2018.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge